## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROBERT YAKSETIC,

    Plaintiff,

v.                                CASE NO.: 8:16-cv-01142-JDW-JSS

CAPITAL ONE and ARS NATIONAL SERVICES, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

**Plaintiff,** ROBERT YAKSETIC, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, ROBERT YAKSETIC, and Defendants, CAPITAL ONE and ARS NATIONAL SERVICES, INC. have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 21st day of October, 2016, the foregoing was filed upon the parties using the CM/ECF system.

                                                     s/*Stefan Alvarez*
                                                     Stefan A. Alvarez, Esquire
                                                     Florida Bar No: 100681
                                                     William Peerce Howard, Esquire
                                                     Florida Bar No: 0103330
                                                     The Consumer Protection Firm
                                                     210-A South MacDill Avenue
                                                     Tampa, FL 33609
                                                     Telephone: (813) 220-2954
                                                     Stefan@TheConsumerProtectionFirm.com
                                                     Billy@TheConsumerProtectionFirm.com
                                                     *Counsel for Plaintiff*